**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charmaine AKI, Defendant—Appellant.**

**No. 01–10242.**

**D.C. No. CR–99–00117–HG.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 4, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

### MEMORANDUM **

Charmaine Aki appeals her conviction by guilty plea and sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2, and one count of engaging in a monetary transaction in criminally derived property, in violation of 18 U.S.C. §§ 1957 and 2.

Aki's contentions that provisions of § 841 are unconstitutional and violate *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), are

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

foreclosed by *United States v. Buckland,* 289 F.3d 558 (9th Cir.2002) (en banc).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.